

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

On August 1, 2017, this court advised the parties that this appeal would be submitted on briefs, i.e., no oral argument would be permitted. On August 7, 2017, appellant filed a motion asking this court to reconsider its decision to submit the appeal on briefs. After reviewing the motion, we **DENY** appellant's motion to reconsider and **ORDER** the appeal submitted on briefs as stated in our letter of August 1, 2017.

We order the clerk of this court to serve copies of this order all on counsel.

PER CURIAM

It is so ORDERED on August 9, 2017.

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk